DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIAS SANCHEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0195

[July 3, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Andrew L. Siegel, Judge; L.T. Case No. 18015336CF10A.

Carey Haughwout, Public Defender, and Benjamin H. Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***